■ CROCHERON PROPERTIES, INC., Appellant, v. DONALD J. BEHR et al., Respondents, et al., Defendants.— In an action brought pursuant to article 15 of the Real Property Law to cancel and annul restrictive covenants affecting vacant land in Queens County, the appeal is from a judgment entered after trial dismissing the amended complaint on the merits. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

■ CHARLES DROSTER, Appellant, v. FRANK MADRID, Respondent.— In an action to recover damages for personal injuries, the appeal is from an order denying a motion for a preference, pursuant to rule 151 of the Rules of Civil Practice. Order affirmed, without costs. (See *Guisenfitter* v. *City of New York,* 284 App. Div. 899.) Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ., concur.

■ MYRON GROSSMAN, Respondent, v. NEWMAN IMPROVEMENT CORPORATION, Appellant.— Appeal from an order granting respondent's motion to open his default in appearing on June 6, 1955, in opposition to a motion to dismiss the complaint for failure to prosecute, and setting aside the order dismissing the complaint on such default. Order reversed, without costs, and motion denied. It was an improvident exercise of discretion to grant the motion. Respondent failed to show merit to the action or an excuse for the unreasonable delay in its prosecution. Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ BELLE HIRSCH, Appellant, v. HARRY BADLER et al., Respondents.— In an action to foreclose a mortgage on real property, the appeal is from an order denying a motion to strike out the answer and for summary judgment. The motion was denied on the ground that triable issues are presented. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ., concur.